IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                              CASE NO: 09-30579
                                                   CHAPTER 7

BARLOW, DALTON ALLEN

        Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 04 | PYOD LLC<br>Citibank c/o Resurgent Capital<br>PO BOX 19008<br>Greenville, SC 29602 | $220.85 |

The check mailed at the above address on January 19, 2011 has neither been returned by the Post Office nor negotiated by the Creditor.

Dated this 20th day of April, 2011.

                                                 /s/ Sherry F. Chancellor
                                                 Sherry F. Chancellor, Trustee
                                                 619 West Chase Street
                                                 Pensacola, Florida 32502
                                                 (850) 436-8445
                                                 Florida Bar No: 434574

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon PYOD LLC Citibank c/o Resurgent Capital, PO BOX 19008, Greenville, SC 29602 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on this 20th day of April, 2011.

        /s/ Sherry F. Chancellor
    Sherry F. Chancellor, Trustee