FILED

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

2016 JUL 11 P 2: 09

CLERK
BANKRUPTCY COURT
NORTHERN DISTRICT FL.

In re:

DALTON ALLEN BARLOW &     CASE NO.: 09-30579-KKS
KATHY ANN BARLOW,     CHAPTER: 7

Debtors.
_____/

## ORDER DISAPPROVING APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS (DOC. 61)

**THIS CASE** is before the Court on the Application for the Recovery of Unclaimed Funds (the "Application," Doc. 61) filed on April 6, 2016, by Dilks & Knopik, LLC ("Applicant"), for Resurgent Capital Services LP ("Claimant").

It is **ORDERED**:

The Application for the Recovery of Unclaimed Funds (Doc. 61) is DISAPPROVED without prejudice for the following reason(s):

1. The Applicant did not check the appropriate box on the first page of the Application (Doc. 61).

2. The documents attached to the Application do not show that Lisa Landreth had authority from Resurgent Capital Services LP to execute the affidavit purporting to show that Latoya McDowell is authorized to execute and deliver all documents pertaining to the recovery of unclaimed property.

3. The documents attached to the Application do not show that Latoya

McDowell had authority from Resurgent Capital Services LP to execute the document entitled "Limited Power of Attorney," which purports to appoint Dilks & Knopik, LLC as the attorney-in-fact for Resurgent Capital Services LP (Doc. 61, p. 5).

4. The documents attached to the Application do not show that Kevin Branigan had authority from PYOD LLC to execute the document entitled "Limited Power of Attorney," which purports to appoint Resurgent Capital Services LP as the attorney-in-fact for PYOD LLC (Doc. 61-1, Exhibit A).

5. The documents attached to the Application do not show that Michael Keatonhad authority from Resurgent Capital Services LP to execute the document entitled "Limited Power of Attorney," which purports to appoint Resurgent Capital Services LP as the attorney-in-fact for PYOD LLC (Doc. 61-1, Exhibit A).

6. Proof of Claim 4-1 lists the recipient of notices as "Resurgent Capital Services" and not "Resurgent Capital Services LP."

DONE and ORDERED on _____ July 11, 2016 _____.

KAREN K. SPECIE
U.S. Bankruptcy Judge

Copies to:

2

All parties in interest

Dilks & Knopik, LLC
Brian J. Dilks, Managing Member
35308 SE Center St.
Snoqualmie, WA 98065